UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   EDCV 21-00031-JWH (KS)                                    Date: January 25, 2021

Title       *William Briones Gomes v. United States Government*

Present:  The Honorable:    Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:                    Attorneys Present for Defendants:

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On January 4, 2021, Plaintiff, a federal prisoner proceeding *pro se*, filed a civil rights complaint against the United States Government, the United States Department of Justice, and the Federal Bureau of Prisons concerning medical treatment he received while incarcerated.  (Dkt. No. 1.)  Also on January 4, 2021, the Court notified Plaintiff that he had failed to pay the filing fee and had not filed a request to proceed *in forma pauperis* ("IFP").  (Dkt. No. 2.)  Three weeks have now passed, and Plaintiff has not responded to the Court's notification.  Accordingly, because Plaintiff has neither paid the filing fee nor obtained authorization to proceed without prepayment of the fee, **IT IS HEREBY ORDERED that Plaintiff shall show cause, no later than February 15, 2021, why the action should not be dismissed.**

To that end, the Clerk is directed to send Plaintiff a copy of the Central District's form Request to Proceed Without Prepayment of Filing Fees with Declaration in Support (CV-60P).  **To discharge this Order and proceed with his case, Plaintiff must either:  (1) pay the $402 filing fee in full; or (2) file the completed forms, and the necessary documentation, with the Court on or before the February 15, 2021 deadline.**

**Plaintiff's failure to timely comply with this Order will result in a recommendation of dismissal of his case.**

**IT IS SO ORDERED**.

                                                                                          :
                                                       **Initials of Preparer**   gr